IN RE:  CASE NO. 07-53026

ARLENE A. HARMON  CHAPTER 7

    Debtor  REPORT OF UNCLAIMED DIVIDEND

FILED 2010 MAY -6 PM 12:57 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

    Harold A. Corzin, Trustee herein, reports that check #103 was issued on January 22, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #10112 to the Clerk of Courts in the amount of $2,287.04 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                              */s/ Harold A. Corzin*
                              HAROLD A. CORZIN, TRUSTEE
                              304 N. Cleveland-Massillon Road
                              Akron, Ohio 44333
                              (330) 670-0770
                              (330) 670-0297 Facsimile
                              Harold.corzin@psinet.com

April 29, 2010

cc: U. S. Trustee

Trustee: HAROLD A. CORZIN (550340)
Case: 07-53026 - HARMON, ARLENE A.

| Account No.<br>! 9200-02284398-66 | | Check No.<br>10112 | Issued<br>04/27/10 | | | Payee<br>U. S. BANKRUPTCY COURT | | | | Check Amount<br>$2,287.04 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cancelled<br>Account No. | Claim No. | Cancelled<br>Check No. | Filed | Priority | Claimant | | Amount<br>Filed | Amount<br>Allowed | Paid<br>to Date | Cancelled<br>Payment |
| 312-2284398-66 | 4 | 103 | 10/05/07 | 610 | ECMC<br>7325 Beaufont Springs<br>Suite 200<br>Richmond, VA 23225 | | 19,468.32 | 19,468.32 | 2,287.04 | 2,287.04 |

*Ck # 10112*
*receipt # 81452*

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.