IN RE:            FILED       CASE NO. 07-53026

ARLENE A. HARMON    2010 MAY -6 PM 12: 57    CHAPTER 7

      Debtor       U.S. BANKRUPTCY COURT     REPORT OF UNCLAIMED
                  NORTHERN DISTRICT OF OHIO    <u>DIVIDEND</u>
                         AKRON

     Harold A. Corzin, Trustee herein, reports that check #107 was issued on January 22, 2010 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #10113 to the Clerk of Courts in the amount of $25.46 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                _____
                                HAROLD A. CORZIN, TRUSTEE
                                304 N. Cleveland-Massillon Road
                                Akron, Ohio 44333
                                (330) 670-0770
                                (330) 670-0297 Facsimile
                                Harold.corzin@psinet.com

April 29, 2010

cc: U. S. Trustee

Printed: 04/27/10 03:26 PM  Page: 1

# Stale Check Report

Trustee: HAROLD A. CORZIN (550340)
Case: 07-53026 - HARMON, ARLENE A.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| ! 9200-02284398-66 | 10113 | 04/27/10 | U. S. BANKRUPTCY COURT | | | $25.46 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 312-2284398-66 | 10 | 107 | 01/23/08 | 610 | Verizon North Inc. 404 Brock Drive Bloomington, IL 61701 | 216.71 | 216.71 | 25.46 | 25.46 |

ck # 10113
receipt # 81452

(\*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.